*SPENCER* vs. *LAMBERT.*

APPEAL from the court of the third district.

An appeal cannot be taken from a decision refusing to sustain exceptions to the petition.

PORTER, J., delivered the opinion of the court. This appeal is taken from a decision of the judge *a quo*, refusing to sustain exceptions filed to the petition. We think it pre-

mature, as the error, if it exists, can be corrected after final judgment.

East'n. District.
*March*, 1826.
⁓⁓⁓
SPENCER
*vs.*
LAMBERT.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed, with cost.

*Preston* for the plaintiff, *Woodruff* for the defendant.